ISMAIL J. RAMSEY
United States Attorney
Northern District of California
California Bar No. 189820
NEAL C. HONG
Special Attorney to the
United States Attorney General
pursuant to 28 U.S.C. § 515
Illinois Bar No. 6309265
150 Almaden Boulevard, Suite 900
San Jose, California 95113
neal.hong@usdoj.gov

*Representing the United States of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 22-00042 MMD-CLB |
| Plaintiff, | ORDER GRANTING STIPULATION AND [PROPOSED] ORDER REGARDING RESTITUTION |
| v. | |
| ANTHONY GEORGE MERRILL YOUNG II, | |
| Defendant. | |

## STIPULATION

The United States, by and through its counsel of record, and the defendant Anthony George Merrill Young II, through his counsel of record, hereby stipulate as follows:

1. On October 12, 2023, Defendant pled guilty to one count of Distribution and Receipt of Child Pornography in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1).

2. On January 22, 2024, the Court sentenced Defendant to 60 months of imprisonment followed by 10 years of supervised release. The Court found that Defendant was indigent. Accordingly, the Court did not impose a $5000 special assessment under the Justice for Victims of Trafficking Act. The Court instead imposed a $100 special assessment. The Court did not impose a fine.

3. At the parties' request, the Court deferred ruling on the restitution and scheduled a hearing for April 15, 2024.

4. Victim restitution is mandatory pursuant to 18 U.S.C. § 2259. In child pornography

1

cases, the court shall determine the full amount of the victim's losses that were incurred or are reasonably projected to be incurred by the victim as a result of the defendant's crime, and then "order restitution in an amount that reflects the defendant's relative role in the causal process that underlies the victim's losses, but which is no less than $3,000." 18 U.S.C. § 2259(b)(2). The court shall resolve any dispute as to the proper amount or type of restitution by a preponderance of the evidence, and the government bears the burden of demonstrating the amount of loss sustained by the victim. 18 U.S.C. § 3664(e).

    5.    The parties agree and stipulate that the individuals identified as victims below ("Victims") are victims of Defendant's crime of conviction.

    6.    The parties agree and stipulate that the Defendant shall pay restitution totaling $33,000 to the following victims in the following amounts:

| Identified Victim/Series "Name" | Restitution | Address for Payment |
|---|---|---|
| AprilBlonde | $3,000 | Restore the Child, PLLC, I/T/F April<br>2522 N Proctor St, Ste 85,<br>Tacoma, WA 98406 |
| CinderBlockBlue | $3,000 | Marsh Law Firm PLLC<br>ATTN: Jane<br>PO Box 4668 #65135<br>New York, NY 10163-4670 |
| HG1 | $3,000 | Jones Day in Trust for Lily<br>Attn: Andrew Bjorklund<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA 15219-2514 |
| Jenny | $3,000 | Marsh Law Firm PLLC<br>ATTN: Jane<br>PO Box 4668 #65135<br>New York, NY 10163-4670 |
| Lighthouse_1 | $3,000 | Deborah A. Bianco, in trust for Maureen<br>PO Box 6503<br>Bellevue, WA 98008. |
| MiddleModelSister | $3,000 | Utah Crime Victims Legal Clinic I/T/F Anna<br>404 East 4500 South Ste B24<br>Salt Lake City, UT 84107 |
| PD11 | $3,000 | Jones Day on Behalf of PD11 Victim<br>c/o Allison L. McQueen and Andrew E. Lelling<br>110 North Wacker Drive, Suite 4800<br>Chicago, IL 60606 |

| Identified Victim/Series "Name" | Restitution | Address for Payment |
|---|---|---|
| RedGlassesCry | $ 3,000 | Utah Crime Victims Legal Clinic I/T/F April<br>404 East 4500 South Ste B24<br>Salt Lake City, UT 84107 |
| CinderBlockBlue | $ 3,000 | Marsh Law Firm PLLC in trust for Jane<br>ATTN: Jane<br>PO Box 4668 #65135<br>New York, NY 10163-4671 |
| SweetWhiteSugar | $ 3,000 | Deborah A. Bianco I/T/F Pia<br>P.O. Box 6503<br>Bellevue, WA 98008 |
| TealPinkPrincess | $ 3,000 | Marsh Law Firm PLLC<br>ATTN: Raven<br>PO Box 4668 #65135<br>New York, NY 10163-4668 |
| ZooFamily_1 | $ 3,000 | Moore & Van Allen in trust for Ali<br>Attn: Sarah Byrne/049549.1<br>100 N. Tryon Street, Suite 4700<br>Charlotte, NC 28202 |
| TOTAL | $33,000.00 | |

7. Defense counsel has discussed this stipulation with Defendant and Defendant has consented to pay restitution of $33,000 to the victims identified above in the amounts specified.

8. The parties agree that the full amount of special assessment, fine, and restitution is due immediately in accordance with 18 U.S.C. § 3572(d) and in accordance with the parties' plea agreement.

9. The parties further agree to the following payment schedule:

   a. During imprisonment, payment of criminal monetary penalties is due at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons' Inmate Financial Responsibility Program.

   b. Once Defendant is on supervised release, Defendant shall pay restitution in monthly payments of not less than $250 or at least 10% of earnings, whichever is greater, to commence no later than 60 days from placement on supervision.

10. Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3664(m). The restitution payments shall be made to the Clerk of U.S. District Court, Attention: Finance

1  Unit, 400 S. Virginia Street, Suite 301, Reno, NV 89501.

2      11.    The parties respectfully request that the Judgment and Sentence be modified to reflect an Order of Restitution totaling $33,000 be paid to the Victims in the amounts specified.

4      12.    The parties further stipulate that, in light of this agreement, the restitution hearing set for May 17, 2024, is no longer necessary.  Accordingly. The parties respectfully request that the Court vacate the restitution hearing.

    IT IS SO STIPULATED.

Dated: May 14, 2024

ISMAIL J. RAMSEY
United States Attorney

/s/  Neal Hong
NEAL C. HONG
Assistant United States Attorney


/s/ Michael Becker
MICHAEL BECKER
Counsel for Defendant

# ORDER

Based upon the facts set forth in the stipulation above, the Court hereby ORDERS that:

1. Based on the parties' stipulation, it is ordered that the Judgment and Sentence be modified to reflect an Order of Restitution as set forth below:

2. It is ordered that defendant Anthony George Merrill Young II ("Defendant") shall pay restitution in the amount of $33,000 to the following victims in the following amounts:

| Identified Victim/Series "Name" | Restitution | Address for Payment |
|---|---|---|
| AprilBlonde | $ 3,000 | Restore the Child, PLLC, I/T/F April<br>2522 N Proctor St, Ste 85,<br>Tacoma, WA 98406 |
| CinderBlockBlue | $ 3,000 | Marsh Law Firm PLLC<br>ATTN: Jane<br>PO Box 4668 #65135<br>New York, NY 10163-4670 |
| HG1 | $ 3,000 | Jones Day in Trust for Lily<br>Attn: Andrew Bjorklund<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA 15219-2514 |
| Jenny | $ 3,000 | Marsh Law Firm PLLC<br>ATTN: Jane<br>PO Box 4668 #65135<br>New York, NY 10163-4670 |
| Lighthouse_1 | $ 3,000 | Deborah A. Bianco, in trust for Maureen<br>PO Box 6503<br>Bellevue, WA 98008. |
| MiddleModelSister | $ 3,000 | Utah Crime Victims Legal Clinic I/T/F Anna<br>404 East 4500 South Ste B24<br>Salt Lake City, UT 84107 |
| PD11 | $ 3,000 | Jones Day on Behalf of PD11 Victim<br>c/o Allison L. McQueen and Andrew E. Lelling<br>110 North Wacker Drive, Suite 4800<br>Chicago, IL 60606 |
| RedGlassesCry | $ 3,000 | Utah Crime Victims Legal Clinic I/T/F April<br>404 East 4500 South Ste B24<br>Salt Lake City, UT 84107 |
| CinderBlockBlue | $ 3,000 | Marsh Law Firm PLLC in trust for Jane<br>ATTN: Jane<br>PO Box 4668 #65135<br>New York, NY 10163-4671 |

| Identified Victim/Series "Name" | Restitution | Address for Payment |
|---|---|---|
| SweetWhiteSugar | $ 3,000 | Deborah A. Bianco I/T/F Pia<br>P.O. Box 6503<br>Bellevue, WA 98008 |
| TealPinkPrincess | $ 3,000 | Marsh Law Firm PLLC<br>ATTN: Raven<br>PO Box 4668 #65135<br>New York, NY 10163-4668 |
| ZooFamily_1 | $ 3,000 | Moore & Van Allen in trust for Ali<br>Attn: Sarah Byrne/049549.1<br>100 N. Tryon Street, Suite 4700<br>Charlotte, NC 28202 |
| TOTAL | $33,000.00 | |

3. The above individuals qualify as victims pursuant to 18 U.S.C. § 2259.

4. The full amount of special assessment, fine, and restitution is due immediately. During imprisonment, payment of criminal monetary penalties is due at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons' Inmate Financial Responsibility Program. Once Defendant is on supervised release, Defendant shall pay restitution in monthly payments of not less than $250 or at least 10% of earnings, whichever is greater, to commence no later than 60 days from placement on supervision.

5. Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3664(m). The criminal monetary penalty payments shall be made to the Clerk of U.S. District Court, Attention: Finance Unit, 400 S. Virginia Street, Suite 301, Reno, NV 89501.

6. The Probation Office shall prepare an amended judgment in accordance with this order. The restitution hearing originally set for May 17, 2024 is hereby vacated.

IT IS SO ORDERED.

Dated: May 14, 2024

HON. MIRANDA DU
United States District Judge